IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

FRED R.,

     Plaintiff,

vs.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

     Defendant.

Case No. 3:25-cv-383

District Judge Michael J. Newman
Magistrate Judge Stephanie K. Bowman

---

**ORDER: (1) GRANTING THE PARTIES' JOINT MOTION TO REMAND (Doc. No. 10); (2) REMANDING THIS CASE TO THE COMMISSIONER UNDER THE FOURTH SENTENCE OF 42 U.S.C. § 405(g) FOR FURTHER PROCEEDINGS; (3) ORDERING THE ENTRY OF FINAL JUDGMENT IN PLAINTIFF'S FAVOR; AND (4) TERMINATING THIS CASE ON THE COURT'S DOCKET**

---

This Social Security disability insurance benefits appeal is before the Court on the parties' joint motion to remand this case to the Commissioner for further administrative proceedings pursuant to the Fourth Sentence of 42 U.S.C. § 405(g).  Doc. No. 10.  Upon careful review of the record, and based on the parties' agreement regarding the need for a remand of this matter, *see id*., the Court concludes that a remand is warranted because of deficits in the Administrative Law Judge's evaluation of the medical opinions and prior administrative medical findings, Plaintiff's subjective statements, and drug addiction and alcoholism.  *See* 20 C.F.R. §§ 404.1527, 404.1529, 404.1535.  The Court concludes that the requirements of a Sentence Four remand have been satisfied and, consequently, (1) **GRANTS** the parties' joint motion to remand; (2) **REVERSES** the ALJ's decision; and (3) **REMANDS** this case to the Commissioner under Sentence Four of 42 U.S.C. § 405(g) for proceedings consistent with the parties' Joint Motion and this Order.  Upon remand, the Appeals Council will vacate all findings in the ALJ's decision.  Thereafter, the ALJ

will evaluate the medical opinions and prior administrative medical findings as 20 C.F.R. § 404.1527 mandates; evaluate Plaintiff's subjective statements as 20 C.F.R. § 404.1529 mandates; evaluate Plaintiff's drug addiction and alcoholism as 20 C.F.R. § 404.1535 mandates; develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act; hold a new hearing; and issue a new decision.  The Clerk is **ORDERED** to enter final judgment in Plaintiff's favor.

This case is **TERMINATED** on the docket.

**IT IS SO ORDERED.**

April 10, 2026                                            s/*Michael J. Newman*
                                                         Hon. Michael J. Newman
                                                         United States District Judge

2