IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

FRED R.,

     Plaintiff,                         Case No. 3:25-cv-383

vs.

COMMISSIONER OF THE SOCIAL        District Judge Michael J. Newman
SECURITY ADMINISTRATION,         Magistrate Judge Stephanie K. Bowman

     Defendant.

---

**ORDER: (1) GRANTING THE PARTIES' UNOPPOSED, JOINT STIPULATION FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT ("EAJA") (Doc. No. 13); (2) AWARDING EAJA FEES TO PLAINTIFF IN THE TOTAL AMOUNT OF $4,350.00; AND (3) MAINTAINING THE TERMINATION OF THIS CASE ON THE DOCKET**

---

This Social Security case is before the Court on the parties' unopposed, joint stipulation for an award of attorney's fees under the EAJA, 28 U.S.C. § 2412(d), in the amount of $4,350.00.  Doc. No. 13.  The parties agree that an award of $4,350.00 in attorney's fees fully satisfies all of Plaintiff's claims for fees, costs, and expenses under the EAJA in the instant case.  *See id*.

For good cause shown and in light of the parties' unopposed, joint stipulation, the Court: (1) **GRANTS** the parties' unopposed, joint stipulation; and (2) **AWARDS** EAJA fees in the total amount of $4,350.00.  This case remains **TERMINATED** on the docket.

     **IT IS SO ORDERED.**

July 8, 2026                                s/*Michael J. Newman*
                                        Hon. Michael J. Newman
                                        United States District Judge